# Court of Appeals
# of the State of Georgia

ATLANTA, _October 10, 2017_

*The Court of Appeals hereby passes the following order:*

## A18D0099.  FRANK LESLIE BOND III v. JULIET WINDHAM BOND.

Frank Leslie Bond III seeks discretionary review of the trial court's order granting Juliet Windham Bond's motion for temporary alimony, extending discovery, and reserving the issue of attorney fees until the trial of this divorce case.  Because the case remains pending below, Frank Bond was required to follow the interlocutory appeal procedure to obtain appellate review at this juncture.  See *Bailey v. Bailey*, 266 Ga. 832, 832 (471 SE2d 213) (1996) ("an order awarding temporary alimony is interlocutory and, therefore, subject to the requirements of the interlocutory appeal procedure of OCGA § 5-6-34 (b)"); see also *Miller v. Miller*, 282 Ga. 164, 165 (646 SE2d 469) (2007).  Although he filed an application for discretionary appeal, compliance with the discretionary appeal statute, OCGA § 5-6-35, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b).  See *Bailey*, 266 Ga. at 833.  Frank Bond's failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this discretionary application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,_ 10/10/2017 _____*
    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____, *Clerk.*